CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Edgar Bernal Gutierrez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-0113 DJC |
| Plaintiff, | STIPULATION TO VACATE SENTENCING HEARING AND SET STATUS CONFERENCE REGARDING SENTENCING; ORDER |
| v. | |
| EDGAR BERNAL GUTIERREZ, | DATE: March 20, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 27, 2023, the United States charged Mr. Bernal Gutierrez by Indictment with three counts – one count each of conspiracy to distribute, possession with intent to distribute, and to manufacture 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and § 841(a)(1), respectively.

2. On November 21, 2024, Mr. Bernal Gutierrez pled guilty to one count of conspiracy to distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1). ECF 85.

3. This matter currently is set for sentencing on March 20, 2025. ECF 83.

//

//

4. Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order vacating the currently set sentencing hearing and setting a status conference regarding sentencing on June 5, 2025, at 9:00 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 26, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ ROBERT ABENDROTH<br>ROBERT ABENDROTH<br>Assistant United States Attorney |
| Dated: February 26, 2025 | /s/ CANDICE L. FIELDS<br>CANDICE L. FIELDS<br>Counsel for Defendant<br>EDGAR BERNAL<br>GUTIERREZ |

**ORDER**

IT IS SO ORDERED this 26th day of February, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE