1  CANDICE L. FIELDS
   CANDICE FIELDS LAW, PC
2  400 Capitol Mall, Suite 1620
   Sacramento, CA 95814
3  Telephone: (916) 414-8050
   Facsimile: (916) 790-9450
4

5  Attorneys for Defendant
   Edgar Bernal Gutierrez
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO. 2:23-CR-0113 DJC

11                    Plaintiff,           STIPULATION TO VACATE SENTENCING
                                           HEARING AND SET STATUS CONFERENCE
12         v.                              REGARDING SENTENCING; ORDER

13  EDGAR BERNAL GUTIERREZ,                DATE: June 5, 2025
                                           TIME: 9:00 a.m.
14                    Defendant.           COURT: Hon. Daniel J. Calabretta

15

16

17         The United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19         1.     On April 27, 2023, the United States charged Mr. Bernal Gutierrez by Indictment with

20  three counts – one count each of conspiracy to distribute, possession with intent to distribute, and to

21  manufacture 500 grams or more of a mixture and substance containing a detectable amount of

22  methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and § 841(a)(1), respectively.

23         2.     On November 21, 2024, Mr. Bernal Gutierrez pled guilty to one count of conspiracy to

24  distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a

25  detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1). ECF 85.

26         3.     This matter currently is set for sentencing on June 5, 2025.

27         4.     Because the parties require additional time to prepare for sentencing, the parties jointly

28  request that this Court enter an order vacating the currently set sentencing hearing and setting a status

                                                        1
    STIPULATION TO VACATE SENTENCING HEARING AND
    SET STATUS CONFERENCE RE: SENTENCING;
    PROPOSED ORDER

1 | conference regarding sentencing on August 28, 2025, at 9:00 a.m.

2

3 | IT IS SO STIPULATED.

4

5

6 | Dated:  June 2, 2025

MICHELE BECKWITH
Acting United States Attorney

7

8 | /s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

9

10 | Dated:  June 2, 2025

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
EDGAR BERNAL
GUTIERREZ

11

12

13

14

15

16

17 | **ORDER**

18

19 | IT IS SO ORDERED this 3rd day of June, 2025.

20

21

22 | /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

STIPULATION TO VACATE SENTENCING HEARING AND
SET STATUS CONFERENCE RE: SENTENCING;
PROPOSED ORDER

2