CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Edgar Bernal Gutierrez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR BERNAL GUTIERREZ,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-CR-0113 DJC<br><br>STIPULATION TO VACATE SENTENCING HEARING AND SET STATUS CONFERENCE REGARDING SENTENCING; ORDER<br><br>DATE: August 28, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

The United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  On April 27, 2023, the United States charged Mr. Bernal Gutierrez by Indictment with three counts – one count each of conspiracy to distribute, possession with intent to distribute, and to manufacture 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and § 841(a)(1), respectively.

2.  On November 21, 2024, Mr. Bernal Gutierrez pled guilty to one count of conspiracy to distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1). ECF 85.

3.  This matter currently is set for sentencing on August 28, 2025.

4.  Because the parties require additional time to prepare for sentencing, the parties jointly request that this Court enter an order vacating the currently set sentencing hearing and setting a status

conference regarding sentencing on October 23, 2025, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: August 19, 2025

ERIC GRANT
United States Attorney

/s/ ROBERT ABENDROTH
ROBERT ABENDROTH
Assistant United States Attorney

Dated: August 19, 2025

/s/ CANDICE L. FIELDS
CANDICE L. FIELDS
Counsel for Defendant
EDGAR BERNAL GUTIERREZ

**ORDER**

IT IS SO ORDERED this 20th day of August, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE