1  CANDICE L. FIELDS
   CANDICE FIELDS LAW, PC
2  400 Capitol Mall, Suite 1620
   Sacramento, CA 95814
3  Telephone:  (916) 414-8050
   Facsimile:  (916) 790-9450
4

5  Attorneys for Defendant
   Edgar Bernal Gutierrez
6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO. 2:23-CR-0113 DJC

11                          Plaintiff,     STIPULATION TO VACATE SENTENCING
                                           HEARING AND SENTENCING HEARING;
12                  v.                     ORDER

13  EDGAR BERNAL GUTIERREZ,                DATE: November 13, 2025
                                           TIME: 9:00 a.m.
14                          Defendant.     COURT: Hon. Daniel J. Calabretta

15

16

17      The United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19      1.      On April 27, 2023, the United States charged Mr. Bernal Gutierrez by Indictment with

20  three counts – one count each of conspiracy to distribute, possession with intent to distribute, and to

21  manufacture 500 grams or more of a mixture and substance containing a detectable amount of

22  methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1) and § 841(a)(1), respectively.

23      2.      On November 21, 2024, Mr. Bernal Gutierrez pled guilty to one count of conspiracy to

24  distribute and possess with intent to distribute at least 500 grams of a mixture and substance containing a

25  detectable amount of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1). ECF 85.

26      3.      This matter currently is set for status re: sentencing on November 13, 2025.

27      4.      Because the parties require additional time to prepare for sentencing, the parties jointly

28  request that this Court enter an order vacating the currently set status re: sentencing hearing and setting a

                                            1
   STIPULATION TO VACATE STATUS RE: SENTENCING
   AND SET SENTENCING HEARING; PROPOSED ORDER

1  sentencing hearing on March 19, 2026, at 9:00 a.m.

2        5.      The following disclosure schedule is proposed:

3  February 12, 2026:    Draft PSR

4  February 26, 2026:    Informal Objections

5  March 5, 2026:        Final PSR

6  March 12, 2026:       Sentencing Briefs/Motion to Correct PSR

7  March 19, 2026:       Judgment & Sentencing

8

9  IT IS SO STIPULATED.

10

11  Dated:  November 7, 2025                    ERIC GRANT
                                                United States Attorney

12

13                                             /s/ ROBERT ABENDROTH
                                                ROBERT ABENDROTH
                                                Assistant United States Attorney
14

15

16   Dated:  November 7, 2025                   /s/ CANDICE L. FIELDS
                                                CANDICE L. FIELDS
                                                Counsel for Defendant
17                                              EDGAR BERNAL
                                                GUTIERREZ
18

19

20                          **ORDER**

21

22        IT IS SO ORDERED this 7th day of November, 2025.

23

24

25                                             /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
26                                             UNITED STATES DISTRICT JUDGE

27

28
                                    2
STIPULATION TO VACATE STATUS RE: SENTENCING
AND SET SENTENCING HEARING; PROPOSED ORDER