ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-113 DJC |
| Plaintiff, | STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING AND ORDER |
| v. | |
| EDGAR BERNAL GUTIERREZ, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Candice L. Fields, counsel for defendant, Edgr Bernal Gutierrez, hereby stipulate as follows:

1.      The case is set for judgment and sentencing on March 19, 2026.  The government requests addition time to prepare sentencing materials pertinent to the Court's analysis pursuant to 18 U.S.C. § 3553(a).  Additionally, the defense requests additional time to prepare mitigation materials pertinent to the Court's analysis pursuant to 18 U.S.C. § 3553(a).  Therefore, the parties request that the matter be reset for judgment and sentencing for May 7, 2026, at 9:00 a.m.

/ / /

/ / /

/ / /

STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING

1

2.      For the foregoing reasons, the parties request that the Court remove this matter from its March 19, 2026 calendar and reset this matter for judgment and sentencing on May 7, 2026, at 9:00 a.m. IT IS SO STIPULATED.

Dated:  March 17, 2026                                    ERIC GRANT
                                                         United States Attorney

                                                         /s/ ROBERT ABENDROTH
                                                         ROBERT ABENDROTH
                                                         Assistant United States Attorney

Dated:  March 17, 2026                                    /s/ Candice L. Fields
                                                         CANDICE L. FIELDS
                                                         Counsel for Defendant
                                                         EDGAR BERNAL GUTIERREZ

## ORDER

At the request of the parties in this matter, and for good cause, judgment and sentencing in this matter set for March 19, 2026 is canceled, and this matter is reset for judgment and sentencing on May 7, 2026, at 9:00 a.m.

SO ORDERED this 17th day of March, 2026.

                                                         /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE

STIPULATION TO RESET JUDGMENT AND SENTENCING                    2
HEARING