ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:23-CR-00113-DJC-4 |
| Plaintiff, | STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING AND ORDER |
| v. | |
| EDGAR BERNAL GUTIERREZ, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Candice L. Fields, counsel for defendant, Edgar Bernal Gutierrez, hereby stipulate as follows:

1.      Following a guilty plea, a final Presentence Investigation Report has issued in this matter. The matter is presently set for judgment and sentencing on May 7, 2026.

2.      Defense and the Government need for additional time to gather, analyze and present information relevant to the Court's consideration of the 18 U.S.C 3553(a) factors before the imposition of sentence. Having considered the parties' request, U.S. Probation also has no opposition to this request.

3.      Therefore, by this stipulation, the parties respectfully request that this Court continue the judgment and sentencing hearing until May 28, 2026 at 9:00 AM.

STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING

1

4.      All previous dates for the preparation of the Presentence Report, Objections and Responses have been completed.

5.      Because the Defendant has pled guilty, the provisions of the Speedy Trial Act do not apply to this request.

IT IS SO STIPULATED.

Dated:  April 30, 2026                    ERIC GRANT
                                          United States Attorney

                                          /s/ ROBERT ABENDROTH
                                          ROBERT ABENDROTH
                                          Assistant United States Attorney

Dated:  April 30, 2026                    /s/ Candice L. Fields
                                          CANDICE L. FIELDS
                                          Counsel for Defendant
                                          EDGAR BERNAL GUTIERREZ

**ORDER**

At the request of the parties in this matter, and for good cause, judgment and sentencing in this matter set for May 7, 2026 is canceled, and this matter is reset for judgment and sentencing on May 28, 2026, at 9:00 a.m.

SO ORDERED this 1st day of May 2026.

                                          /s/ Daniel J. Calabretta
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

STIPULATION TO RESET JUDGMENT AND SENTENCING HEARING