**FILED**

6/11/2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>EDGAR BERNAL GUTIERREZ,<br><br>         Defendant. | Case No.  2:23-cr-00113-DJC-4<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to release EDGAR BERNAL GUTIERREZ – Case No. 2:23-cr-00113-DJC-4; Charge 21 U.S.C. §§ 846, 841(a)(1)– from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $

    \_\_\_\_ Unsecured Appearance Bond $

    \_\_\_\_ Appearance Bond with 10% Deposit

  **X**   Other:  Defendant sentenced to a term of imprisonment of TIME SERVED. Colusa County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 6/11/2026 at 9:30 AM.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE